Kevin R. Anderson, Bar 4786
CHAPTER 13 TRUSTEE
Jocelyn J. Rick, Bar 9508
405 SOUTH MAIN, SUITE 600
Salt Lake City, Utah 84111
Telephone: (801)596-2884
Facsimile: (801)596-2898

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 AUG 20 AM 9: 53

DISTRICT OF UTAH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| IN RE: BRETT NELDON CURTIS<br>JESICA ANN CURTIS | Case No. 03T-22556<br><br>Chapter 13<br><br>Judge William T. Thurman |
|---|---|

## DECLARATION OF TRUSTEE
## REGARDING DEPOSIT OF UNCLAIMED FUNDS

KEVIN R. ANDERSON, the duly appointed acting, Chapter 13 Trustee ("Trustee") in the above-captioned case declares, under penalty of purjury, that:

The following payees were issued disbursements in the amounts set forth below. The disbursement checks listed were not negotiated within 90 days of issuance, or have been returned to the Trustee as undeliverable by the Post Office, or the Trustee has been unable to obtain a current address of the payee. The Trustee has issued a stop payment on the listed check.

| Payee Name & Address (last known) | Check Amount |
|---|---|
| SNAP ON TOOLS<br>7607 WEST JEFFERSON RD<br>MAGNA, UT 84044 | $    169.69 |

The above listed addresses are the last known addresses for the payees on the list. The checks in question total $ 169.69 . This total represents unclaimed funds which the Trustee does herewith pay into the registry of the United States Bankruptcy Court for the District of Utah.

Dated this _19_ day of _August_, 2010

_Kevin R. Anderson_
KEVIN R. ANDERSON
Chapter 13 Trustee



## CERTIFICATE OF MAILING

I the undersigned, an employee of the Standing Chapter 13 Trustee do hereby certify that a true and correct copy of the foregoing Declaration of Trustee Regarding Deposit of Unclaimed Funds was properly addressed, posted in the U.S. Mail, first-class, postage prepaid on the ___19___ day of ___August___, 2010 to the following parties at the addresses listed below:

JESICA ANN CURTIS
BRETT NELDON CURTIS
4169 BLUEBIRD DR.
SALT LAKE CITY, UT  84120

UTAH BANKRUPTCY PROFESSIONALS
9227 S 1300 E
SANDY, UT  84094

_____
Employee of Office of
Chapter 13 Trustee

Page 2
Case No. 03T-22556
Deposit of Unclaimed Funds
Prepared by: KC   (fg #156)